FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 5 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 00850 bnb

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

ARISTEDES ZAVARAS,

    Defendant.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

Plaintiff, Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fort Lyon, Colorado, correctional facility. Mr. Green has submitted to the Court *pro se* two motions titled "Motion for Court Order to Toll and Suspend the Statute of Limitations Time Limit in the Filing of the Forthcoming Massive # [sic] 1983 Civil Rights Complaint in This Court by the Plaintiff" and "Motion to Disqualify and Recuse U.S. District Court Judge Edward W. Nottingham, U.S. District Court Judge Zita L. Weinshienk, U.S. District Court Judge Phillip Figa, and U.S. District Court Judge Wiley Daniel To Be Assigned as the Trial Court Judge in the Plaintiff's # [sic] 1983 Civil Rights Complaint and From Ruling on This or Any Other Pre-Trial Motions Submitted by the Plaintiff." For the reasons stated below, the action will be dismissed.

Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. *See* Modified Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. He has failed to submit, as required by Modified Appendix B, a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action," an affidavit in proper legal form, and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff, Clovis Carl Green, Jr., has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that the motions titled "Motion for Court Order to Toll and Suspend the Statute of Limitations Time Limit in the Filing of the Forthcoming Massive # [sic] 1983 Civil Rights Complaint in This Court by the Plaintiff" and "Motion to Disqualify and Recuse U.S. District Court Judge Edward W. Nottingham, U.S. District Court Judge Zita L. Weinshienk, U.S. District Court Judge Phillip Figa, and U.S. District Court Judge Wiley Daniel To Be Assigned as the Trial Court Judge in the Plaintiff's #

[sic] 1983 Civil Rights Complaint and From Ruling on This or Any Other Pre-Trial Motions Submitted by the Plaintiff" are denied as moot.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. '08 - CV - 00850

Clovis Carl Green, Jr.
Reg. No. 69277
Fort Lyons Correctional Facility
PO Box 1000
Fort Lyons, CO 81038

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk